FRANCIS J. KENNETT, Appellant, *v.* GEORGE B. HOPKINS et al., Respondents.

*Kennett* v. *Hopkins*, 58 App. Div. 407, affirmed.
(Argued April 1, 1903; decided April 23, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

35

30, 1901, modifying and affirming as modified a judgment in favor of defendants entered upon the report of a referee.

*Thorndike Saunders* for appellant.

*Franklin B. Lord* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.